# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EUGENE LEMEUR,<br>Petitioner,<br>v.<br>W.L. MONTGOMERY, Warden,<br>Respondent. | Case No. ED CV 14-2602 DMG (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: January 3, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE